IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OZZIE PICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  **3:12-cv-00013-JPG-PMF** |
| ) | |
| YOLANDE JOHNSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Plaintiff filed the above-captioned pro se civil rights suit in this District Court on January 6, 2012, naming eighteen individuals and another unknown defendant correctional officer ("John Doe").  The Court has since dismissed the individually named defendants, leaving only John Doe as the remaining defendant. *See* Docs. 23, 78.

On July 27, 2012, the Court set a deadline for filing amended pleadings, "including those seeking to name any previously unknown defendant." *See* Doc. 69.  On August 8, 2012, Plaintiff filed a motion to stay the Court ordered deadline for amended pleadings. *See* Doc. 73.  Two days later, the Court declined to stay the deadline but stated that "plaintiff may file a motion for an extension of time to extend the amended pleadings deadline if the unknown defendant cannot be identified by August 27, 2012." *See* Doc. 74.  No extension of time has been filed as of the date of this Report and Recommendation.

For the foregoing reasons, it is **RECOMMENDED** that defendant John Doe be **DISMISSED** from this case.  If his Report and Recommendation is adopted in its entirety, this case may be closed.

SO RECOMMENDED.

DATED: September 11, 2012.

*/s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE