IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OZZIE PICKETT,

    Plaintiff,

vs.

YOLANDE JOHNSON, *et al.*,

    Defendants.

Case No. 12-cv-13-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Yolande Johnson, Greg Lambert, Daniel Monti, Homer Markel, James Smith, Jose Delgado, Robert Benefield, Keith Benefield, James Watkins, Jeff Peterson, Jamie Sisk, Brent Hunsaker, John Maragni, Sarah Robertsen, Toma Osman, Mary Hill, Anitra Parrish, Eugene Simpson, and John Doe and against Plaintiff Ozzie Pickett,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

                                        **NANCY J. ROSENSTENGEL**

**Dated:** October 4, 2012                    s/Brenda K. Lowe
                                                    **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**