IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OZZIE PICKETT,

    Plaintiff,

vs.

YOLANDE JOHNSON, *et al.*,

    Defendants.

Case No. 12-cv-13-JPG

### MEMORANDUM AND ORDER

This matter comes before the Court on Pickett's motion for a video conference or in the alternative notice of appeal (Doc. 94). Pickett asks the Court to set a video conference. Pickett does not make any arguments in his motion from which the Court would be inclined to construe this motion as a motion for reconsideration of the Court's prior orders. He complains that officials are preventing him from accessing the courts and retaliating against him. Specifically, it seems that Pickett believes he did not receive all of this Court's order from October 23, 2012, and asks the Court to set a videoconference in which it will take up the prison officials' alleged misconduct. Such a hearing would be fruitless as this Court does not have authority over non-parties to the lawsuit. The Court therefore **DENIES** Pickett's motion for a videoconference (Doc. 94). The Court **DIRECTS** the Clerk of Court to file Pickett's motion as a notice of appeal.

    **IT IS SO ORDERED.**

    **DATED:** November 16, 2012

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**